1:05MC226-T

FILED
CHARLOTTE, N. C.

NOV 16 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Asheville master jury wheel 90 names and draw from the Bryson City master jury wheel 90 names for the service as 2006 GRAND JURORS for the United States District Court, Western District of North Carolina Asheville Division. The first appearance of these Grand Jurors is scheduled for Monday, February 6, 2006, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including six regular terms of court convening on February 6, 2006; April 3, 2006; June 5, 2006; August 7, 2006; October 2, 2006; and December 4, 2006; and any additional sessions or dates which may be required.

This the 15th day of November, 2005.

Graham C. Mullen, Chief
United States District Court Judge